O

# United States District Court
# Central District of California

| | |
|---|---|
| PRECISION ORTHOPEDIC IMPLANTS, INC., a California corporation; BARRY DWORKIN, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIMACORPORATE S.P.A., an Italian public limited company; GABRIELE LUALDI, an individual; MICHELE PIOVANI, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case № 2:16-cv-02945-ODW (PLA)<br><br><br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 26), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by March 15, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 9, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**